UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| API INDUSRIES, INC., | : | 20-Cv-4533 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| TOWN OF ORANGETOWN, TOWN BOARD FOR THE TOWN OF ORANGETOWN, TERESA KENNY, in her official capacity as the current Town Supervisor, and CHRISTOPHER DAY, in his official capacity as the former Town Supervisor, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.  There will be a status conference on May 13, 2021, at 11:00 a.m.; and

    2.  The last day for defendants to answer or move in response to the complaint is extended to May 27, 2021.

Dated: New York, New York
       February 26, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.