UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| API INDUSTRIES, INC., | : | 20-Cv-4533 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| TOWN OF ORANGETOWN, TOWN BOARD FOR THE TOWN OF ORANGETOWN, TERESA KENNY, in her official capacity as the current Town Supervisor, and CHRISTOPHER DAY, in his official capacity as the former Town Supervisor, | : : : : | |
| Defendants. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    The last day for defendants to respond to the complaint is August 20, 2021; and

    2.    The next status conference will be held on September 30, 2021, at 9:30 a.m.

Dated:  New York, New York
         August 16, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.