UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| API INDUSTRIES, INC., | : | 20-Cv-4533 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| TOWN OF ORANGETOWN, TOWN BOARD FOR THE TOWN OF ORANGETOWN, TERESA KENNY, in her official capacity as the current Town Supervisor, and CHRISTOPHER DAY, in his official capacity as the former Town Supervisor, | : : : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the time for the teleconference on September 30 is moved to 9:00 a.m.

Dated: New York, New York
       September 15, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.