UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

API INDUSTRIES, INC.,                               :        20-Cv-4533 (SHS)

                    Plaintiff,        :        ORDER

      -v-                                         :

TOWN OF ORANGETOWN, TOWN BOARD        :
FOR THE TOWN OF ORANGETOWN,
TERESA KENNY, in her official capacity as        :
the current Town Supervisor, and CHRISTOPHER
DAY, in his official capacity as the former Town        :
Supervisor,

                              :

                  Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the telephone conference scheduled for September 30, 2021, is adjourned to October 28, 2021, at 9:30 a.m.

Dated: New York, New York
       September 22, 2021

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.